UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ROBERTSON BURRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG LEWIS,<br><br>    Defendant. | Case No. 15-cv-05609-HSG (PR)<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

Dwayne Robertson Burrell, an inmate at High Desert State Prison in Susanville, California, commenced this action by filing the court's civil rights complaint form and naming as the defendant Greg Lewis, the former warden of Pelican Bay State Prison. Apart from signing and dating the form and naming his place of present confinement, Burrell left blank all other portions of the form, including the portion in which he was directed to state his grounds for relief. Consequently, the document fails to state a claim for relief.

The "complaint" is dismissed with leave to amend. If Burrell wants to challenge a condition of his confinement, he should file a new civil rights complaint form and fill in all the information requested on that form. Failure to file a complete civil rights complaint form within **thirty (30)** days of the date of this order will result in the dismissal of this action. The Clerk of the Court shall send Burrell a blank civil rights form along with his copy of this order.

**IT IS SO ORDERED.**

Dated: 1/22/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge