UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ROBERTSON BURRELL,<br><br>        Plaintiff,<br><br>  v.<br><br>GREG LEWIS,<br><br>        Defendant. | Case No. 15-cv-05609-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/1/2016

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge